UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGER TALONDA LEACOCK                    13 CV 0198

_____

(In the space above enter the full name(s) of the plaintiff(s).)

v. The People of the State of New York

Defendant No. 1  OFFicer Brian Shield 25998
Defendant No. 2  OFFicer Paul Molinaro Shield 18969
Defendant No. 3  John Doe
Defendant No. 4  John Doe
Defendant No. 5  John Doe

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: Yes ✓   No ___
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. No addresses should be included here.)

RECEIVED JAN 4 2013 PRO SE OFFICE

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  INGER LEACOCK
            ID #  347-11-00857
            Current Institution  ROSE M SINGER
            Address  19-19 Hazen Street
                     East Elmhurst NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

1

Defendant No. 1  Name POLICE OFFICER BRIAN RAO  Shield # 25998
Where Currently Employed 006 Precinct
Address 10 Street And Hudson

Defendant No. 2  Name PAUL Moliuaro  Shield # 18469
Where Currently Employed 006 Precinct
Address 10 Street

Defendant No. 3  Name John Doe  Shield # _____
Where Currently Employed 10 Street And
Address Hudson

Defendant No. 4  Name John Doe  Shield # _____
Where Currently Employed 10 Street And
Address Hudson

Defendant No. 5  Name John Doe  Shield # _____
Where Currently Employed 10 Street And
Address Hudson

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? At the 6 PcT On 10 Street Off of Hudson in The Village

B. Where in the institution did the events giving rise to your claim(s) occur? By the BathRoom in the 6 PcT And their is A Camera in the Pct So you Need to get it Pull

C. What date and approximate time did the events giving rise to your claim(s) occur? On May 15, 2011 Around 11pm By The Bath Room Door

2


D. **Facts:**

*What happened to you?*
*Who did what?*
*Was anyone else involved?*
*Who else saw what happened?*

POLICE OFFICERS THAT WAS IN PlAIN clothes AND OFFICERS IN UNiForm Attack me And The PlAIN clothes OFFicers never had The Right to Search me the Search WAS illegal cause they never Sawl me Doing Anything They Just MADE up the Story that I WAS URiNeNAteding on the SIDE WAlks AND thAN they Search me And they SAid they Found MARiJuAWA on me in my Sock AND I DID NOT GivE them Any Problem when they search me outSide And when I cAme in the Pct I DID NOT HAve A Broken knee And when I got in the Pct By the BAth Room the lADy oFFiceR John Doe CAll her Two PARTNERS John Does to The BAthRoom And it WAS three PlAiN clothes oFFicers who Stomp me in my chest And the uniForm oFFicers AS well had Stomp me to And All oF them Stomp me in my legs And my knee And my chest And Stomp me in my head were I WAS in And out oF conciousness And they DrAg me with out my Socks And my Boots And Put me on A Bench And chain me And cuFF me to the Bench And they Broken my knee And my shoulder And they call me All kinds oF Niggers thA WAS very RACIAL they WAS IN VIOLATION oF my Eighth AmenDent cruel And unusuAl Punishment were it inFlicted PAin And they RoB me FoR my chain And Pop my two chain And Took one

III. **Injuries:**

*If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.*

they Broken my knee And my Right shoulder And Put A knot in my head And I WAS in And out oF conciousness And I went to Bellevue Hospital the Same DAy I WAS Arrested And StAy All Nite And thAn when I went to court At 100 centre Street I cAme BAck to the Hospital I StAy All Nite From the Pct And they missed the Break IN my shoulder they Found the BreAK IN my shoulder At Rikers IslAnd

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___   in the 6 Pct By the BAth Room But I WAS in JAil in the 3 Pct

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **At The 6 Precint JAil**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?
   Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
   Yes ___   No ___   Do Not Know ___
   If YES, which claim(s)? **Were I got hurt was in The Precint JAil**

D. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose not cover some of your claim(s)?
   Yes ___   No ●   Do Not Know ✓
   If YES, which claim(s)? ___

E. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?
   Yes ✓   No ___
   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?
   Yes ✓   No ___

F. If you did file a grievance, about the events described in this complaint, where did you file the grievance? **It happen At the Precint JAil And I Am write comp in Rose M Singer JAil**

   1. Which claim(s) in this complaint did you grieve? **how The cops Broken my knee And Shoulder**

   2. What was the result, if any? **Dont No yet**

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **AS High AS I cAn go**

G. If you did not file a grievance, did you inform any officials of your claim(s)?
Yes ✓   No ___

1. If YES, whom did you inform and when did you inform them? At the Jail to the Attorney General

2. If NO, why not? ___

I. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Grievance And the Attorney General

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:
State what you want the court to do for you. I Want to get Pay For my Pain And Suffering Cause I loss Alot Behind this matter

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓   No ___

On these claims

5

B.  If your answer to A is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to this previous lawsuit:
   Plaintiff ___Eugene Leabock___
   Defendants _____
   2. Court (if federal court, name the district; if state court, name the county) _____
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit _____
   6. Is the case still pending? Yes ___ No _✓_
   If NO, give the approximate date of disposition _____
   7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___no___

[On other claims]

D. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes _✓_  No ___

E. If your answer to D is YES, describe each lawsuit in questions 1 through 7 on the next page. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to this previous lawsuit:
   Plaintiff _____
   Defendants _____
   2. Court (if federal court, name the district; if state court, name the county) _____
   3. Docket or Index number _____
   4. Name of Judge assigned to your case _____
   5. Approximate date of filing lawsuit: _____
   6. Is the case still pending? Yes ___ No ___
   If NO, give the approximate date of disposition _____
   7. What was the result of the case? (for example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

6

② Behind the Police Doing that illegal search and seizures They cause me to suffer from mental anguish Because when you take and oath to do and sworn out to uplift the law and the 6 Precinct is very corrupted when it comes towards minority. Before my arrest I am always having problem with these plain clothes cops. one Day I came Down christopher to meet my nephew cause he left his ID at a friend of mines house and he needed it to go to work the next Day so me and my nephew went to The PIZZA Parlor on christopher street and we was Drinking soda and Eating PIZZA and Not Doing any thing illegal and we was on Camera and the same officers who broken my knee and shoulder illegally came in the PIZZA Parlor searching us they was in violation of our search and seizures and they are always harrassing me and other minorities and white people Dont get harrassed only people of color now I had just move into a nice apartment on that monday Saturday I got arrested I only live in my apartment for a week and I was waiting for me my papers and I work hard on my Job and I am allow to enjoy my self on the weekend with out being harass By the 6th Precint always now the Damage they Done is I loss my apartment and By God Blessing

I still have my Job But I am Not going to Be at the same Post I am on the waiting list For Work And I am in Jail loosing my mind I am seeing mental Health and I can loose All my things in my Apartment my tv my camera and computer And my Bike And clothes shoes And Furnisher Some need to Be Done with this misconduct with this Precint. And I am suing For Broken Bones and Being Racial cruel And unusual punishment inFlicted Pain And they Rob me For my chain As well Suffering From mental Anguish I am Asking For 180,000 Dollars From The courts

I want to say Another thing The 6 Precint is Always Following minorities in The Village The Police mess you up mentally cause Black People is Poor And when They lock Them up They Take A lot A way From Them when They Are Just Trying to lock Them up so They can make money